UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

THE UNITED STATES OF AMERICA,

               -against-                     Docket No. 08 Mag. 0192

LEVAR GAYLE,

               Defendant
───────────────────────────────────

NOTICE OF APPEARANCE

Please notice my appearance on behalf of the defendant, Levar Gayle.

Dated: New York, NY
       February 7, 2008

                                        /s/ *Ruth M. Liebesman*
                                        Ruth M. Liebesman, Esq. (RL 5383)
                                        110 Wall Street, 11th Floor
                                        New York, New York 10005
                                        212-804-5740
                                        - - - - - - - - - - - - - - - - - -
                                        445 Columbia Boulevard
                                        Wood-Ridge, New Jersey 07075
                                        201-617-7000
                                        201-617-7710 (facsimile)

To:    Clerk
        United States District Court
        500 Pearl Street
        New York, New York 10007

        Elizabeth Felise Maringer, Esquire
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, New York 10007

        Donald Yanella, Esquire
        7 Dey Street, Suite 803
        New York, New York 10007