# RUTH M. LIEBESMAN
## Attorney-at-Law

445 Columbia Boulevard
Wood-Ridge, New Jersey 07075
201-617-7000
201-617-7710 (facsimile)

110 Wall Street, 11th Floor
New York, NY 10005
212-804-5740
Admitted in NY, NJ & MA

February 23, 2008

The Honorable Barbara S. Jones
United States District Judge
500 Pearl Street
New York, New York 10007

Re:    *United States v. Levar Gayle, et al.*
       Docket No. 07 Cr. 3 (BSJ)

Dear Judge Jones:

This letter is to request the appointment of David A. Ruhnke, Esquire as Learned Counsel for Levar Gayle in the above-referenced matter. Mr. Ruhnke has agreed to this representation, and a copy of his curriculum vitae is attached to this letter.

Please feel free to contact this office if you have any questions.

Thank you.

Very truly yours,

/s/ *Ruth M. Liebesman*
Ruth M. Liebesman, Esquire (RL 5383)

enclosure: CV of David A Ruhnke, Esquire
cc:    Elizabeth F. Maringer, Esquire
       Michael English, Esquire
       Assistant United States Attorneys
       via ECF

       Leonard Joy, Esquire
       Federal Public Defender
       52 Duane Street
       New York, New York 10007

       All Defense Counsel
       via ECF

Application Granted

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
February 28, 2008