C:\Case Files\Gayle\Appearance notice 03-01-2008.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,           :

   -against-                                           :                    07-cr-00003(BSJ)

LEVAR GAYLE,                                      :          <u>NOTICE OF ATTORNEY APPEARANCE</u>

                         Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     The undersigned attorney, a member of the bar of this Court, hereby enters an appearance in this matter as Learned Counsel, 18 U.S.C. § 3005, on behalf of defendant Levar Gayle. Counsel requests that his name be added to ECF notifications at the e-mail addresses provided below.

                                                RUHNKE & BARRETT
                                                47 Park Street
                                                Montclair, New Jersey 07042
                                                (973)744-1000
                                                (973)746-1490 (fax)
                                                Attorneys for Levar Gayle

                                        By:  /s/ David A. Ruhnke
                                                DAVID A. RUHNKE
                                                davidruhnke@ruhnkeandbarrett.com
                                                dr@ruhnkeandbarrett.com

<u>Filed via ECF</u>:        New York, New York
                           March 1, 2008